**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Cary G. Ryals, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-000570

---

Appeal From Berkeley County
Michael G. Nettles, Circuit Court Judge

---

Unpublished Opinion No. 2021-UP-016
Submitted January 1, 2021 – Filed January 27, 2021

---

**APPEAL DISMISSED**

---

Appellate Defender David Alexander, of Columbia, for Appellant.

Assistant Attorney General William Frederick Schumacher, IV, of Columbia, for Respondent.

---

**PER CURIAM:** After considering Cary G. Ryals's petition for a writ of certiorari, this court granted certiorari on Ryals's request for a belated direct appeal pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974), and we proceeded with our review of the direct appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967).

After review, this appeal is dismissed.  Counsel's motion to be relieved as counsel for the direct appeal is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.